IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ISMAEL ACEVEDO ORTIZ,                         )
                           Plaintiff,         )
                                              ) Civil Action No. 10-1753
           vs.                                ) Chief District Judge Gary L. Lancaster/
                                              ) Magistrate Judge Maureen P. Kelly
DANIEL JEROME BAIRD, VINCENT                  )
PAUL KALWASINSKI, ERNEST BORING,              )
SCOTT JOHN DAISLEY, KELLY                     )
LATTERNER, JOHN DOE #1, JOHN                  )
DOE #2, JOHN DOE #3, JOHN DOE #4,             )
                           Defendants.        )

## O R D E R

AND NOW, this 26th day of March, 2013, after the Plaintiff, Ismael Acevedo

Ortiz, filed an action in the above-captioned case, and after a Motion for Summary Judgment

[ECF No. 43] was filed by Defendants, and after a Report and Recommendation was filed by the

United States Magistrate Judge granting the parties until March 4, 2013, and by extension until

March 25, 2013, to file written objections thereto,  and no objections having been filed, and upon

independent review of the record, and upon consideration of the Magistrate Judge's Report and

Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Motion for Summary Judgment [ECF  No.

43] is GRANTED.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules

of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as

provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court,

at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

_____
HON. GARY L. LANCASTER
Chief United States District Judge


cc:    Honorable Maureen P. Kelly
        United States Magistrate Judge

        Ismael Acevedo Ortiz
        FY-3422
        SCI-Frackville
        1111 Altamont Boulevard
        Frackville, PA 17931

        All Counsel of Record by electronic filing