IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ISMAEL ACEVEDO ORTIZ,<br>          Plaintiff,<br><br>vs.<br><br>DANIEL JEROME BAIRD, VINCENT<br>PAUL KALWASINSKI, ERNEST BORING,<br>SCOTT JOHN DAISLEY, KELLY<br>LATTERNER, JOHN DOE #1, JOHN<br>DOE #2, JOHN DOE #3, JOHN DOE #4,<br>          Defendants. | ) <br> ) <br> ) Civil Action No. 10-1753<br> ) Chief District Judge Gary L. Lancaster/<br> ) Magistrate Judge Maureen P. Kelly<br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## **O R D E R**

AND NOW, this 26th day of March, 2013, after the Plaintiff, Ismael Acevedo Ortiz, filed an action in the above-captioned case, and after a Motion for Summary Judgment [ECF No. 43] was filed by Defendants, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties until March 4, 2013, and by extension until March 25, 2013, to file written objections thereto, and no objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Motion for Summary Judgment [ECF No. 43] is GRANTED.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court,

at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

*[signature]*

HON. GARY L. LANCASTER
Chief United States District Judge

cc: Honorable Maureen P. Kelly
United States Magistrate Judge

Ismael Acevedo Ortiz
FY-3422
SCI-Frackville
1111 Altamont Boulevard
Frackville, PA 17931

All Counsel of Record by electronic filing